NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ENVIROTAINER AB,**

*Appellant*

**v.**

**DOUBLEDAY ACQUISITIONS, LLC,**

*Cross-Appellant*

---

2024-1420, 2024-1421, 2024-1422, 2024-1425, 2024-1445, 2024-1452, 2024-1455, 2024-1444

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-00292, IPR2022-00293, IPR2022-00851, IPR2022-00864.

---

## JUDGMENT

---

KIRK T. BRADLEY, Alston & Bird LLP, Charlotte, NC, argued for appellant. Also represented by WESLEY ACHEY, CARTER BABAZ, MATTHEW WOLFF HOWELL, Atlanta, GA; ANDREW JAMES LIGOTTI, New York, NY.

ROBERT COUNIHAN, Fenwick & West LLP, New York, NY, argued for cross-appellant. Also represented by RYAN HADDAD, NICHOLAS KLENOW, KEVIN MCGANN; JENNIFER RENE BUSH, Mountain View, CA.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, HUGHES, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 9, 2025
Date

Jarrett B. Perlow
Clerk of Court